**US DISTRICT COURT EASTERN DISTRICT OF NY**

GUILLERMO MORAN, on behalf of himself and all others similarly situated

*Plaintiff*

vs

PAUL COMO SWIMMING POOLS INC DBA POOL DOCTOR AND PAUL ANTHONY COMO, JR

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 15 CV 43-SJF-GRB
DATE FILED: 01/07/2015
Job #: 428978
Client File#
    FRANK & ASSOCIATES PC
    500 BI-COUNTY BLVD.
    FARMINGDALE, NY 11735

CLIENT'S FILE NO.:

**AFFIDAVIT OF SUITABLE SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

MICHAEL DELCORE , being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 01/16/2015 at 8:30 PM at 29 DARTMOUTH ROAD, SHOREHAM, NY 11786 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION on PAUL ANTHONY COMO, JR therein named

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with JILL "DOE"-REFUSED TO GIVE LAST NAME Co-Tenant a person of suitable age and discretion at 29 DARTMOUTH ROAD, SHOREHAM, NY 11786 said premises being the recipient's actual place of abode within the State of New York.

Deponent completed service by depositing a copy of the documents listed above on 01/20/2015 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 29 DARTMOUTH ROAD, SHOREHAM, NY 11786

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 100-130 Lbs., **Approx Height**: 5' 0" - 5' 3", **Sex**: Female, **Approx Skin**: White, **Approx Hair**: Blonde
**Other**:

Deponent spoke to JILL "DOE"-REFUSED TO GIVE LAST NAME
Inquired as to the defendants place of business and received a negative reply and confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the defendant always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 01/20/2015
JEFFREY WITTENBERG #41-4906457
Notary Public State of New York
Nassau County, Commission Expires 8/22/18



MICHAEL DELCORE

*Supreme Judicial Services, Inc. 201 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*