US DISTRICT COURT EASTERN DISTRICT OF NY

GUILLERMO MORAN, on behalf of himself and all others similarly situated

vs                                    *Plaintiff*

PAUL COMO SWIMMING POOLS INC DBA POOL DOCTOR AND PAUL ANTHONY COMO, JR

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 15 CV 43-SJF-GRB
DATE FILED: 01/07/2015
Job #: 428979
Client File#
    FRANK & ASSOCIATES PC
    500 BI-COUNTY BLVD.
    FARMINGDALE, NY 11735

CLIENT'S FILE NO.:                                    **AFFIDAVIT OF DUE DILIGENCE**

STATE OF NEW YORK: COUNTY OF NASSAU    SS:

I, MICHAEL DELCORE, a process server employed by Supreme Judicial Services Incorporated, with its principal place of business located at 371 Merrick Road Suite 202, Rockville Center, NY 11570, being duly swon deposes and says that;

That I was instructed to effect service of the SUMMONS AND COMPLAINT IN A CIVIL ACTION according to the C.P.L.R on PAUL ANTHONY COMO, JR at 9 BEVERLY COURT APT 1, NORTHPORT, NY 11768

In my attempt to effect service on defendant I visited the address stated on the action and was unable with proper due dilligence to serve PAUL ANTHONY COMO, JR

01/16/2015 02:30 PM 9 BEVERLY COURT APT 1, NORTHPORT, NY 11768 AS PER DAVE, TENANT, NOBODY BY THAT NAME LIVES HERE.



Sworn to before me on 01/20/2015
JEFFREY WITTENBERG #41-4906457
Notary Public State of New York
Nassau County, Commission Expires 8/22/18

_____
MICHAEL DELCORE

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*