LAW OFFICES OF
# RAYMOND A. GIUSTO, P.C.
715 SOUTH COUNTRY ROAD
WEST BAY SHORE, NEW YORK 11706

PHONE: (631) 277-7086
FAX: (631) 277-7641

RAYMOND A. GIUSTO

BROOKE L. ANTHONY

COUNSEL
ERIC C. RULAND
JOHN J. GUADAGNO

February 6, 2015

**VIA ECF**

Honorable Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Honorable Gary R. Brown, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   Moran v. Paul Como Swimming Pools, Inc. d/b/a Pool Doctor and Paul Anthony Como, Jr.
       Case No.: 15-cv-00043-SJF-GRB

Your Honors:

Please be advised that our firm has only been retained this morning to represent the Defendants in the above-referenced action. The sole principal of our client is the individual Defendant herein who has been in Florida for the past two weeks. A Notice of Appearance is filed simultaneously herewith.

We write with consent of counsel for the Plaintiff to request a two-week extension of time in which to file and serve Defendants' Answer. This is the first request for an extension.

Thank you for your attention herein.

Very truly yours,

RAYMOND A. GIUSTO

RAG/ba

cc:   Frank & Associates, P.C.
       -via ECF