**FRANK & ASSOCIATES, P.C.**
THE WORKPLACE LAW FIRM

NEIL M. FRANK, ESQ.
PETER A. ROMERO, ESQ.

March 30, 2015

**BY REGULAR MAIL**

Raymond A. Giusto, Esq.
715 South Country Road
West Bay Shore, NY 11706

Re:   *Moran v. Paul Como Swimming Pools Inc., et al.*
      Civil Action No. 15-CV-00043 (SJF) (GRB)

Dear Mr. Giusto:

   Enclosed for service, please find Plaintiff's motion for an order permitting Plaintiff to circulate a notice of pendency pursuant to 29 U.S.C. §216(b).

                              Very truly yours,

                              FRANK & ASSOCIATES, P.C.

                              Peter A. Romero

Encl.