# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: March 30, 2014    **TIME**: 30 minutes

**CASE NUMBER:**

2:15-cv-00043-SJF-GRB

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   MAR 30 2015   ★

LONG ISLAND OFFICE

**CASE TITLE:**

Moran v. Paul Como Swimming Pools Inc. et al

**PLTFFS ATTY**:    Peter Romero
    X present        ___ not present

**DEFTS ATTY**:    Brook Anthony
    X present        ___ not present

**COURT REPORTER**: _____

**COURTROOM DEPUTY**: Bryan Morabito

**OTHER**: _____

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO _____.

_    DECISION:    ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**Order**: A further status conference is scheduled before Judge Feuerstein on 4/20/2015 at 11:15 am.