# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** May 12, 2015    **TIME:** 30 minutes

**CASE NUMBER:**

2:15-cv-00043-SJF-GRB

```
FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★    MAY 12 2015    ★

LONG ISLAND OFFICE
```

**CASE TITLE:**

Moran v. Paul Como Swimming Pools Inc. et al


**PLTFFS ATTY:**   Peter Romero
                   X present          ___ not present


**DEFTS ATTY:**    Brooke Anthony
                   X present          ___ not present


**COURT REPORTER:** _____

**COURTROOM DEPUTY:** Bryan Morabito

**OTHER:** _____

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO _____.

_    DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**Order:** A further status conference is scheduled before Judge Feuerstein on 6/11/2015 at 11:15 am.