# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: June 11, 2015     **TIME**: 30 minutes

**CASE NUMBER**:

2:15-cv-00043-SJF-GRB

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 1 1 2015 ★

LONG ISLAND OFFICE

**CASE TITLE**:

Moran v. Paul Como Swimming Pools Inc. et al


**PLTFFS ATTY**:  Peter Romero
   X present         ___ not present


**DEFTS ATTY**:  Brooke Anthony
   X present         ___ not present


**COURT REPORTER**: _____

**COURTROOM DEPUTY**: Bryan Morabito

**OTHER**: _____

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO _____.

_    DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**Order**: A further status conference is scheduled before Judge Feuerstein on 9/17/2015 at 11:15 am.