**FRANK & ASSOCIATES, P.C.**
THE WORKPLACE LAW FIRM

NEIL M. FRANK, ESQ.

July 7, 2017

**FILED VIA ECF**
Honorable Sandra J. Feuerstein
United Sates District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: Moran, et al v. Paul Como Swimming Pools, Inc. et al
         Case No. 15-CV-00043

Dear Judge Feuerstein:

  This firm represents Plaintiffs in the above-referenced matter. I am pleased to write, jointly with Defendants, to advise the Court that the Defendants have now fully performed under the Settlement Agreement. Accordingly, our prior request for a Conference is respectfully withdrawn as the matter has been resolved.

  Thank you for your attention to this matter.

Respectfully submitted,

**FRANK & ASSOCIATES, P.C.**

_/s/ Neil M. Frank_
Neil M. Frank

cc: Brooke Anthony, Esq. (counsel for Defendants, via ECF)